■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BIENVENIDO MOTA, Also Known as MOTA BIENVENIDIO, Appellant. [664 NYS2d 529] —Judgment, Supreme Court, New York County (Patricia Williams, J.), rendered December 5, 1994, convicting defendant, after a nonjury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's claim that the court erred in not suppressing the undercover officer's confirmatory identification of defendant is not preserved by appropriate argument at the hearing (*People v Brimage*, 214 AD2d 454, *lv denied* 86 NY2d 732), and we decline to review it in the interest of justice.

The existing record, which defendant has not yet sought to amplify by way of a motion pursuant to CPL 440.10, does not negate all possible explanations for counsel's failure to present specific arguments regarding the suppression issues in question (*People v Rivera*, 71 NY2d 705). Concur—Murphy, P. J., Wallach, Nardelli, Tom and Colabella, JJ.

■ In the Matter of YOHANNES A., a Person Alleged to be a Juvenile Delinquent, Appellant. [664 NYS2d 530] —Order of disposition, Family Court, New York County (Leah Marks, J.), entered on or about January 12, 1996, which determined that appellant had violated the terms of his probation and placed him in the custody of the Division for Youth for a period of 18 months, unanimously affirmed, without costs.

The court applied the appropriate standard, to wit, proof by a preponderance of the evidence (*Matter of Alpheaus M.*, 168 AD2d 208, 209). Appellant's attendance records were properly admitted (CPLR 2307, 4518; Education Law § 3211 [2]). The court's determination that the least restrictive alternative for appellant was placement was supported by appellant's failure to show any improvement, as indicated by his violation of every condition of his probation, and by the conclusions of appellant's probation officer and the examining psychologist (*see, Matter of Katherine W.*, 62 NY2d 947). Concur—Murphy, P. J., Wallach, Nardelli, Tom and Colabella, JJ.